Argued July 1, affirmed July 18, 1977

In the Matter of the Marriage of
JONES, *Appellant,*
*and*
JONES, *Respondent—Cross-Appellant.*
(No. 397-305, CA 7712)
566 P2d 210

James L. Carney, Portland, argued the cause for appellant. With him on the brief was Benson, Arenz, Lucas & Davis, Portland.

Ferris F. Boothe, Portland, argued the cause and filed the brief for respondent—cross-appellant.

Before Schwab, Chief Judge, and Lee, Judge, and Fort, Senior Judge.

PER CURIAM.

Affirmed. *Pratt and Pratt,* 29 Or App 115, 562 P2d 984 (1977).